S. SAMUEL GENIS, Respondent, v. HAROLD F. DRISCOLL and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THOMAS TULLY, Respondent, v. EDITH LEWIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of FLORENCE LUTTINGER, Respondent, v. JOSEPH GOLDMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JACOB BERNSTEIN, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH MISCHEL, Appellant, v. LILLIE DAIRY COMPANY, INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEON S. KAHN and MAX NATHAN, Copartners, etc., Appellants, v. HOFFMAN SPECIALTY COMPANY, INC., and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WESTERN ELECTRIC COMPANY, INCORPORATED, Appellant, for a Certiorari Order against FRANK J. TAYLOR, Comptroller of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SPINGLER VAN BEUREN ESTATES, INC., Appellant, v. CHARLES PARKER ESTATE, INC., Formerly THE CHARLES PARKER COMPANY, Respondent, Impleaded with Others.— Judgment, so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN J. REYNOLDS, Appellant, v. IRVING TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and reinstate the verdict.

DRY DOCK SAVINGS INSTITUTION, Respondent, v. MADELINE D. EHRET, Appellant, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. The pleadings and answering affidavits establish triable issues. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HILDA DREYSPOOL, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.